UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS CALCANO,

               Plaintiff,

      - against -

SIMPLEHUMAN, LLC,

               Defendant.

25-cv-10707 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was March 13, 2026. On March 13, 2026, the Court granted the defendant a 30-day extension to answer. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **May 4, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **April 22, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 20, 2026

                                John G. Koeltl
                      United States District Judge