UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Marcos Calcano,

                    Plaintiff,

        - against -

Simplehuman, LLC,

                    Defendant.

---

25-cv-10707 (JGK)

Order

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was May 5, 2026. <u>See</u> ECF No. 11. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **May 25, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **May 15, 2026.**

SO ORDERED.

Dated:     New York, New York
           May 11, 2026

                                    _____
                                        John G. Koeltl
                                    United States District Judge