UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCUS CALCANO,

                    Plaintiff(s)

           -against-

SIMPLEHUMAN, LLC,

                    Defendant(s).

-------------------------------------------------------------X

25 civ 10707 (JGK)

**ORDER**

The conference scheduled for Tuesday, May 26, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

_____
  **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 20, 2026