UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO,

                      Plaintiff,                          25-cv-10707 (JGK)

            - against -                                   Order

SIMPLEHUMAN, LLC,

                      Defendant.

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the defendant to answer was March 13, 2026. ECF No. 6. On March 12, 2026, the plaintiff moved for an extension of time for the defendant to answer the complaint. ECF No. 7. On March 13, 2026, the Court granted the motion and extended the time for the defendant to answer the complaint until April 13, 2026. ECF No. 8. The defendant failed to answer by the new deadline, and on April 20, 2026, the Court again extended the time for the defendant to answer until May 4, 2026. ECF No. 9. The defendant again failed to answer by the new deadline, and on May 11, 2026, the Court extended the defendant's time to answer until May 25, 2026. ECF No. 12. On May 15, 2026, the plaintiff moved for an additional extension of time for the defendant to answer until June 25, 2026. ECF No. 13. The Court granted that motion on May 18, 2026. ECF No. 14. To date, the defendant has failed to answer the complaint.

The time for the defendant to answer or respond to the complaint is extended until **July 3, 2026.** If the defendant fails to respond by that date, the

plaintiff may move by order to show cause for a default judgment by **July 10, 2026.** If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **June 29, 2026.**

**SO ORDERED.**
**Dated:**      **New York, New York**
                **June 26, 2026**

                                              _____
                                                   **John G. Koeltl**
                                              **United States District Judge**

2